**Anne MERCER, Plaintiff–Appellant,**

v.

**DROHAN MANAGEMENT GROUP, INC., Defendant–Appellee.**

No. 12–1300.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 9, 2012.

Decided: Aug. 23, 2012.

Patricia A. Smith, Law Offices of Patricia A. Smith, Alexandria, Virginia; Dale Edwin Sanders, Alexandria, Virginia, for Appellant. David D. Hudgins, Juliane C. Miller, Hudgins Law Firm, PC, Alexandria, Virginia, for Appellee.

Before DUNCAN and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anne Mercer appeals the district court's orders granting Drohan Management Group, Inc.'s motion for summary judgment and denying Mercer's Federal Rule of Civil Procedure Rule 59(e) motion in this action brought under the Americans with Disabilities Act, 42 U.S.C §§ 12101–12213. Having reviewed and considered the record, briefs, and applicable law, we are persuaded that the district court reached the correct result on the merits of each of Mercer's claims pressed on appeal. Accordingly, we affirm the district court's judgment based substantially on the reasoning set forth in the district court's careful and thorough opinions. *Mercer v. Drohan Management Group, Inc.,* No. 1:10–cv–1212, 2011 WL 5975234 (E.D.Va. November 28, 2011); *Mercer v. Drohan Management Group, Inc.,* No. 1:10–cv–1212 (E.D.Va. February 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*